IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW SWANK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 2:13-cv-1185 |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

AND NOW, this 23rd day of July, 2018, for the reasons stated in the Court's Memorandum Opinion of this date, it is hereby ORDERED that the Plaintiffs' Motion for Reconsideration of the Court's Order Denying Plaintiffs' Motion for 29 U.S.C. § 216(b) Conditional Certification, ECF No. 264, is DENIED.

Mark R. Hornak
United States District Judge

cc: All counsel of record