UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
ANDREW SWANK, JAMES : 
PAOLICELLI and SEAN : 
MCCRACKEN, : 
 : Civil Action No. 2:13-01185
    *Plaintiffs*, : 
 : 
    v. : Electronically Filed
 : 
WALMART STORES, INC., : 
 : 
    *Defendant.* : 
------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted,

| /s/ Joseph H. Chivers | /s/ Robert M. Goldich |
|---|---|
| Joseph H. Chivers | Robert M. Goldich |
| jchivers@employmentrightsgroup.com | goldichr@gtlaw.com |
| The Employment Rights Group, LLC | Greenberg Traurig, LLP |
| 100 First Avenue, Suite 650 | 2700 Two Commerce Square |
| Pittsburgh, PA 15222 | 2001 Market Street |
|  | Philadelphia, PA 19103 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

Dated: November 29, 2019

AND NOW, this 2D day of December, 20 19
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE